GRIFFIN v. MISSOURI, KANSAS AND EASTERN RAILWAY COMPANY, Appellant.

### Division One, March 7, 1899.

The case of Edwards v. M., K. & E. Railroad, *ante*, p. 513, followed and approved.

*Appeal from Boone Circuit Court.*—HON. JOHN A. HOCKADAY, Judge.

TRANSFERRED TO KANSAS CITY COURT OF APPEALS.

GEO. P. B. JACKSON for appellant.

ODON GUITAR and W. H. TRUITT, JR., for respondent.

State v. Fox.

VALLIANT, J.—The facts of this case in so far as they affect the question of the jurisdiction of this court are of the same character as in the case of Edwards v. Missouri, Kansas and Eastern Railway Company, *ante,* page 513.

For the reasons given in our decision in that case this cause is transferred to the Kansas City Court of Appeals.

All concur, except MARSHALL, J., absent.